No. 21435.

BENNIE SAMETT AND THE ZENITH PACKING COMPANY, A
COLORADO CORPORATION *v.* ABE LIEBERMAN.
(428 P.2d 928)

Decided June 19, 1957.

GEORGE K. THOMAS, IRVING I. OXMAN, for plaintiff in error.

JACOBUCCI and MARSHALL, for defendant in error.

*En Banc.*

PER CURIAM.

WE have reviewed the record in this case. We have considered the arguments in support of errors alleged by both parties. We find that the judgment of the trial court is supported by the facts and the law, and that the errors alleged by plaintiffs in error and defendant in error are without merit.

The judgment of the trial court is affirmed.

MR. JUSTICE MCWILLIAMS not participating.